# United States District Court

WESTERN DISTRICT OF WASHINGTON

JUDGMENT IN A CIVIL CASE

UNITED STATES OF AMERICA
 v.
AARON E. BROWN,           CASE NUMBER: C09-5127 RBL
                                                  CR03-5504RBL

[ √ ] **Decision by Court.** This action came under consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendant's Motion Pursuant to 28 U.S.C. § 2255 and the Motion for Summary Judgment are DENIED

DATED :     11/9/2009

                                           BRUCE RIFKIN
                                        *Clerk*

                                           /s/ Jean Boring
                                      *(By) Deputy Clerk*, Jean Boring